PROB 12B
(7/93)

Report Date: January 6, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 07 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Hung Lai Huynh                    Case Number:  2:09CR00001-001

Name of Sentencing Judicial Officer: Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 07/07/2007          Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Distribute Marijuana,     Date Supervision Commenced: 07/09/2008
21 U.S.C. § 841(a)(1), 841 (b)(1)(C), and 846.

Original Sentence:  Prison - 20 Months;          Date Supervision Expires: 07/08/2011
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six drug and/or alcohol tests per month.

The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release," on December 30, 2008. He understands the rationale behind this modification.  Mr. Huynh continues to submit to testing.  To date, all of his tests have been negative.

Prob 12B
**Re:  Huynh, Hung Lai**
**January 6, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    1-6-09

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

1/7/08

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____    Signed: _____
Brenda J. Kuest                                Hung Lai Huynh
U.S. Probation Officer                    Probationer or Supervised Releasee

December 30, 2008
Date